IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHARLES HANOR, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )    Case No. 1:21-cv-00034 |
| | ) |
| DICKY HANOR, | ) |
| | ) |
|     Defendant/Counterclaimant. | ) |

**MEMORANDUM OF SETTLEMENT**

COMES NOW, Plaintiff Charles Hanor and hereby submits the parties have entered into a Settlement Agreement. Plaintiff requests this case be removed from the trial docket and should be passed for entry of settlement.

                            **Respectfully submitted,**

                            <u>**s/ Ayesha M. Malik**</u>
                            **Ayesha M. Malik**
                            **Texas State Bar No. 24118449 (Pro Hac Vice)**
                            **HANOR LAW FIRM PC**
                            **750 Rittiman Road**
                            **San Antonio, Texas 78209**
                            **(210) 829-2004**
                            **Ayesha.Malik@hanor.com**

                            **Stephen R. Southard #MO63703**
                            **LAYTON & SOUTHARD. LLC**
                            **2845 Professional Court**
                            **Cape Girardeau, MO 63703**
                            **Telephone: (573) 335-3359**
                            **Facsimile: (573) 334-0666**
                            **ssouthard@laytonsouthardlaw.com**

                            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this Memorandum of Settlement was sent to all attorneys of record on March 15, 2024 via the Court's electronic filing system.