**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES HANOR,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cv-00034** |
| | ) | |
| **DICKY HANOR,** | ) | |
| | ) | |
| **Defendant/Counterclaimant.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

All parties, by counsel, jointly move this Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

to dismiss this action with prejudice, with all parties to bear their own costs of suit and attorneys'

fees.

Dated: May 28, 2024.


**LAYTON & SOUTHARD, LLC**
2845 Professional Ct.
Cape Girardeau, MO 63703
Phone: (314) 421-0763
Fax: (314) 421-5059
ssouthard@laytonsouthardlaw.com
mandrews@laytonsouthardlaw.com

By:     **/s/ Stephen R. Southard**
        **Stephen R. Southard          #43363MO**

1

**HANOR LAW FIRM PC**
750 Rittiman Road
San Antonio, TX 78209
Phone: (210)829-2004
Fax: (210)829-2001
Ayesha.Malik@hanor.com

By:   **/s/ Ayesha Malik**
      **Ayesha M. Malik – Pro Hac Vice 24118449TX**

      *Attorneys for Plaintiff Charles Hanor*


      **Respectfully submitted,**

      **BLANTON, NICKELL, COLLINS,**
      **DOUGLAS & HANSCHEN, LLC**
      219 South Kingshighway, P.O Box 805

      Sikeston, Missouri   63801

      Phone: (573) 471-1000
      Fax (573) 471-1012
      jblanton@blantonlaw.com
      mblanton@blantonlaw.com

By:   **/s/ Joseph C. Blanton, Jr.**
      **Joseph C. Blanton, Jr.**      **#32769MO**
      **Mark D. Blanton**      **#71791MO**
      *Attorneys for Defendant Dicky Hanor*