# IN THE UNTIED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| CHARLES HANOR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00034 |
| ) | |
| DICKY HANOR, ) | |
| ) | |
| Defendant/Counterclaimant. ) | |

## ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties Joint Stipulation for Dismissal with Prejudice. Based upon the parties representation and Joint Stipulation, the Court will dismiss the case.

Accordingly,

IT IS HEREBY ORDERED that all claims in this cause are dismissed with prejudice, with all parties to bear their own costs of suit and attorneys' fees.

Dated: May 28, 2024.

_____
Judge